ERIC GRANT
United States Attorney
JUSTIN LEE
CHARLES CAMPBELL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NICHIATARI PALMER,<br>Defendant. | CASE NO. 2:26-CR-131-TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: December 10, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Sentencing Hearing on December 10, 2026.

2. Counsel for the government was recently scheduled for oral argument in another case before the Ninth Circuit Court of Appeals on December 10, 2026. This argument conflicts with the current sentencing date in this case.

3. The parties now move to continue the Sentencing Hearing to December 17, 2026, at 9:30 a.m.. The assigned Probation Officer is available on that date. The parties do not believe that it is necessary to reset the existing disclosure schedule for the Pre-Sentence Report.

//

//

IT IS SO STIPULATED.

Dated: November 18, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: November 18, 2026

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
NICHIATARI PALMER

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of November, 2026.

Troy L. Nunley
Chief United States District Judge